CASE NO. 21-5914

UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA                    *PLAINTIFF-APPELLEE*

v.

JOHN WILLIAM LAWSON                          *DEFENDANT-APPELLANT*

_____

On Appeal from the United States District Court for the
Eastern District of Kentucky, Lexington Division

_____

**MOTION FOR LEAVE TO WITHDRAW**

_____

        Respectfully submitted,

        Philip Coleman Lawson
        TRUE GUARNIERI AYER, LLP
        124 Clinton Street
        Frankfort, Kentucky 40601
        Telephone:  (502) 605-9900
        Fax:              (502) 605-9900
        Email:           plawson@truelawky.com
        *Counsel for Defendant-Appellant*

Comes undersigned counsel, Philip C. Lawson, appointed attorney for Appellant, John William Lawson, and hereby moves this Court for leave to withdraw from further representation in this case pursuant to Local Rule 12(c)(4)(d). In support, undersigned states as follows:

On August 22, 2022, this Court denied Appellant's En Banc Petition. (DE 37). Local Rule 12(c)(5) provides that that "appointed counsel must file a petition for writ of certiorari in the Supreme Court if the client requests it and, *in counsels considered judgment*, there are grounds for seeking Supreme Court review." Appellant has stated on numerous occasions prior to this Motion that he wants to file a Supreme Court writ of certiorari. However, undersigned counsel does not believe a good faith basis exists for filing a writ of certiorari to the Supreme Court.

United States Supreme Court Rule 10 provides, in relevant parts, the criteria for accepting a petition for review. It states "review on a writ of certiorari is not a matter of right, but of judicial discretion. A petition for writ of certiorari will be granted only for compelling reasons. The following, although neither controlling nor fully measuring the Court's discretion, indicate the character of the reasons the Court considers: (a) a United States court of appeals has entered a decision in conflict with the decision of another United States court of appeals on the same important matter; and, (c) a United States court of appeals has decided an important question of federal law that has not been, but should be, settled by this Court, or has decided

an important federal question in a way that conflicts with relevant decisions of this Court."

In this case, neither the search warrant issue raised on appeal, nor the AVIS database issue, present an "important question" by Supreme Court standards. Furthermore, two cases extensively relied upon by Appellant during his appeal due to their similarities to this case, *United States v. Esquivel-Rios* and *United States v. Cortez-Galaviz,* sought Supreme Court review. However, both were denied.[1] As a result, given the nature of the issues presented on appeal, and the Supreme Court's treatment of similar cases, undersigned counsel does not believe a good faith basis exists to file a writ to the United States Supreme Court.

WHEREFORE, counsel for the Defendant-Appellant respectfully requests that his motion to withdraw as counsel of record for the Defendant-Appellant, John William Lawson, be granted.

                                              Respectfully submitted,

                                              */s/ Philip C. Lawson*
                                              TRUE GUARNIERI AYER, LLP
                                              124 Clinton Street
                                              Frankfort, Kentucky 40601
                                              Telephone:  (502) 605-9900
                                              Fax:          (502) 605-9900
                                              Email:       plawson@truelawky.com
                                              *Counsel for Defendant-Appellant*

---

[1] *Esquivel-Rios v. United States,* 577 U.S. 911 (2015)
[1] *Cortez-Galaviz v. United States,* 522 U.S. 1123 (2008)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion has been served this 25th day of August, 2022 by the Court's electronic filing service on all counsel of record.

In addition, the undersigned certifies that, in accordance with 6 Cir. R. 12 (C)(4), a paper copy of this Motion was served via first class mail, postage prepaid on this the 25th day of August, 2022 on the following:

John Lawson, Inmate # 09681-032
FCI Ashland
Federal Correction Institution
PO Box 6001
Ashland, Kentucky 41105

                                                                   */s/ Philip C. Lawson*
                                                                   Philip C. Lawson